1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JESSE RAMON

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNIQUE STATES OF AMERICA,              )  NO. 1:06-mj-00294 SMS
                                          )
12              Plaintiff,                )  DEFENDANT RAMON'S APPLICATION FOR
                                          )  EXONERATION OF BOND, RECONVEYANCE
13      v.                                )  OF PROPERTY; EXHIBITS;
                                          )
14 JESSE RAMON                            )  ORDER
                                          )
15              Defendant.                )
                                          )  Judge: Honorable Sandra M. Snyder
16                                        )

17

18      Jesse Ramon, by and through his attorney of record, Assistant Federal Defender Melody M.

19 Walcott, hereby requests an order exonerating the property bond and for reconveyance of real property in

20 this action.

21      On November 20, 2006, Honorable Sandra M. Snyder, U.S. Magistrate Judge, ordered Mr. Jesse

22 Ramon released from custody on a $50,000 property bond.  Real property located 604 S. Gordon St,

23 Ridgecrest, California, 93555 and owned by Mr. Ramon's brother , Jimmy E. Ramon, was to be posted as

24 collateral for the property bond.

25      On March 12, 2007, a certified copy of the deed of trust (Fresno County Recorder's Office

26 Document # 0207049507) and a promissory note in the amount of $50,000 were received by the court.

27 See E.D. Ca. Clerk's Record  #10, attached as Exhibit 1.

28 ///

On March 16, 2007, Mr. Ramon appeared as ordered before U.S. Magistrate Judge Frank H. McCarthy in the Northern District of Oklahoma, and was subsequently released on an unsecured bond in that district in the amount of $50,000.  See N.D. Ok. Clerk's Record # 9, attached as Exhibit 2.

For these reasons, the property bond executed in this district on behalf of Mr. Jesse Ramon should be exonerated and property located at 604 S. Gordon St., Ridgecrest, California, 93555 be reconveyed to Jimmy E. Ramon.

Dated: April 3, 2007

                    Respectfully submitted,

                    DANIEL J. BRODERICK
                    Federal Defender

                     /s/   Melody M. Walcott
                    MELODY M. WALCOTT
                    Assistant Federal Defender
                    Attorney for Defendant
                    JESSE RAMON

### **O R D E R**

**IT IS HEREBY ORDERED** that the property bond in the above-captioned case be exonerated and title to the real property located  604 S. Gordon St, Ridgecrest, California, 93555 be reconveyed to Jimmy E. Ramon.

IT IS SO ORDERED.

**Dated:   November 14, 2007**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE